# U.S. District Court
# Northern District of Georgia (Atlanta)
# CIVIL DOCKET FOR CASE #: 1:12−cv−02859−AT

JOAO Bock Transaction Systems, LLC v. Optionshouse, LLC et al  
Assigned to: Judge Amy Totenberg  
Cause: 28:1338 Patent Infringement  

Date Filed: 08/17/2012  
Date Terminated: 03/29/2013  
Jury Demand: Plaintiff  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question  

**Plaintiff**

**JOAO Bock Transaction Systems, LLC**    represented by    **Douglas L. Bridges**  
Heninger Garrison Davis, LLC  
Suite 100  
169 Dauphin Street  
Mobile, AL 36602  
251−298−8701  
Fax: 205−547−5504  
Email: dbridges@hgdlawfirm.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Jonathan Robert Miller**  
Heninger Garrison Davis, LLC  
Suite 4320  
3621 Vinings Slope  
Atlanta, GA 30339  
404−996−0863  
Email: jmiller@hgdlawfirm.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Steven W. Ritcheson**  
Heninger Garrison &Davis, LLC − CA  
Suite 347  
9800 D Topango Canyon Blvd.  
Chatsworth, CA 91311  
818−882−1030  
Fax: 818−337−0383  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

V.

**Defendant**

**Optionshouse, LLC**    represented by    **Allan A. Kassenoff**  
Greenberg Traurig, LLP−NY  
Met Life Building, 34th Floor  
200 Park Avenue  
New York, NY 10166  
212−801−2157

Email: kassenoffa@gtlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott J. Bornstein**
Greenberg Traurig, LLP–NY
Met Life Building, 34th Floor
200 Park Avenue
New York, NY 10166
212–801–9200
Email: bornsteins@gtlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Gerald Trigg**
Greenberg Traurig, LLP – Atl
Terminus 200
Suite 2500
3333 Piedmont Road, NE
Atlanta, GA 30305
678–553–2415
Email: triggm@gtlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

Peak6 Investments, L.P.     represented by     **Allan A. Kassenoff**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott J. Bornstein**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Gerald Trigg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

Optionshouse, LLC     represented by     **Mark Gerald Trigg**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

JOAO Bock Transaction Systems, LLC     represented by

**Douglas L. Bridges**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Robert Miller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven W. Ritcheson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/17/2012 | Ï 1 | COMPLAINT FOR PATENT INFRINGEMENT with Jury Demand filed by JOAO Bock Transaction Systems, LLC. Consent form to proceed before U.S. Magistrate and pretrial instructions provided. (Filing fee $ 350 receipt number 113E–4106477) (Attachments: # 1 Exhibit A Part 1, # 2 Exhibit A Part 2, # 3 Exhibit B Part 1, # 4 Exhibit B Part 2, # 5 Exhibit C Part 1, # 6 Exhibit C Part 2, # 7 Civil Cover Sheet) (bdb) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 08/21/2012) |
| 08/20/2012 | Ï 2 | Electronic Summons Issued as to Optionshouse, LLC, and Peak6 Investments, L.P. (Attachments: # 1 Summons)(bdb) (Entered: 08/21/2012) |
| 08/21/2012 | Ï 3 | AO Form 120 forwarded to Commissioner. (bdb) (Entered: 08/21/2012) |
| 08/22/2012 | Ï 4 | Guidelines to Parties and Counsel in Cases Proceeding Before The Honorable Amy Totenberg. Signed by Judge Amy Totenberg on 8/22/12. (hfm) (Entered: 08/22/2012) |
| 08/27/2012 | Ï 5 | APPLICATION for Admission of Steven W. Ritcheson Pro Hac Vice (Application fee $ 150, receipt number 113E–4120472)by JOAO Bock Transaction Systems, LLC. (Miller, Jonathan) (Entered: 08/27/2012) |
| 08/28/2012 | Ï | APPROVAL by Clerks Office re: 5 APPLICATION for Admission of Steven W. Ritcheson Pro Hac Vice (Application fee $ 150, receipt number 113E–4120472). Attorney Steven W. Ritcheson added appearing on behalf of JOAO Bock Transaction Systems, LLC (pb) (Entered: 08/28/2012) |
| 08/29/2012 | Ï | MINUTE ORDER GRANTING the 5 Application for Admission of Steven W. Ritcheson Pro Hac Vice by Courtroom Deputy Clerk by direction of the Court. Approved by Judge Amy Totenberg on 8/29/2012. (acm) (Entered: 08/29/2012) |
| 09/05/2012 | Ï 6 | Certificate of Interested Persons by JOAO Bock Transaction Systems, LLC. (Miller, Jonathan) (Entered: 09/05/2012) |
| 09/10/2012 | Ï | Clerk's Notation re 6 Certificate of Interested Persons and Corporate Disclosure Statement – reviewed and approved by Judge Amy Totenberg. (acm) (Entered: 09/10/2012) |
| 09/13/2012 | Ï 7 | Return of Service Executed by JOAO Bock Transaction Systems, LLC. Optionshouse, LLC served on 8/30/2012, answer due 9/20/2012. (Miller, Jonathan) (Entered: 09/13/2012) |
| 09/13/2012 | Ï 8 | Return of Service Executed by JOAO Bock Transaction Systems, LLC. Peak6 Investments, L.P. served on 8/30/2012, answer due 9/20/2012. (Miller, Jonathan) (Entered: 09/13/2012) |

| 09/14/2012 | Ï 9 | Consent MOTION for Extension of Time to File Answer re 1 Complaint,, by JOAO Bock Transaction Systems, LLC. (Attachments: # 1 Text of Proposed Order)(Miller, Jonathan) (Entered: 09/14/2012) |
|---|---|---|
| 09/14/2012 | Ï | MINUTE ORDER GRANTING the 9 Consent Motion for Extension of Time to Answer. Defendants are hereby granted an extension of time through and including October 22, 2012, to move, plead, or otherwise respond to the 1 Complaint. Entered by Judge Amy Totenberg on 9/14/2012. (acm) (Entered: 09/14/2012) |
| 10/05/2012 | ï 10 | Second Consent MOTION for Extension of Time to File Answer re 1 Complaint, by JOAO Bock Transaction Systems, LLC. (Attachments: # 1 Text of Proposed Order)(Miller, Jonathan) (Entered: 10/05/2012) |
| 10/09/2012 | Ï | MINUTE ORDER GRANTING the 10 Second Consent Motion for Extension of Time to Answer. Defendants are hereby granted an extension of time through and including November 21, 2012, to move, plead, or otherwise respond to the 1 Complaint. Entered by Judge Amy Totenberg on 10/9/2012. (acm) (Entered: 10/09/2012) |
| 10/18/2012 | ï 11 | APPLICATION for Admission of Allan A. Kassenoff Pro Hac Vice (Application fee $ 150, receipt number 113E–4214104)by Peak6 Investments, L.P.. (Attachments: # 1 Certification Pursuant to Local Rule 83.1(b)(1))(Trigg, Mark) (Entered: 10/18/2012) |
| 10/23/2012 | Ï | APPROVAL by Clerks Office re: 11 APPLICATION for Admission of Allan A. Kassenoff Pro Hac Vice (Application fee $ 150, receipt number 113E–4214104). Attorney Allan A. Kassenoff added appearing on behalf of Peak6 Investments, L.P. (pb) (Entered: 10/23/2012) |
| 10/24/2012 | Ï | MINUTE ORDER GRANTING the 11 Application for Admission of Allan A. Kassenoff Pro Hac Vice by Courtroom Deputy Clerk by direction of the Court. Approved by Judge Amy Totenberg on 10/24/2012. (acm) (Entered: 10/24/2012) |
| 10/30/2012 | ï 12 | APPLICATION for Admission of Scott J. Bornstein Pro Hac Vice (Application fee $ 150, receipt number 113E–4236032)by Peak6 Investments, L.P.. (Attachments: # 1 Certification of Scott J. Bornstein in Support of Application for Admission Pro Hac Vice pursuant to Local Civil Rule 83.1(b)(1))(Trigg, Mark) (Entered: 10/30/2012) |
| 11/07/2012 | Ï | APPROVAL by Clerks Office re: 12 APPLICATION for Admission of Scott J. Bornstein Pro Hac Vice (Application fee $ 150, receipt number 113E–4236032). Attorney Scott J. Bornstein added appearing on behalf of Peak6 Investments, L.P. (pb) (Entered: 11/07/2012) |
| 11/08/2012 | Ï | MINUTE ORDER GRANTING the 12 Application for Admission of Scott J. Bornstein Pro Hac Vice by Courtroom Deputy Clerk by direction of the Court. Approved by Judge Amy Totenberg on 11/8/2012. (acm) (Entered: 11/08/2012) |
| 11/09/2012 | ï 13 | NOTICE of Appearance by Allan A. Kassenoff on behalf of Optionshouse, LLC, Peak6 Investments, L.P. (Kassenoff, Allan) (Entered: 11/09/2012) |
| 11/09/2012 | ï 14 | NOTICE of Appearance by Scott J. Bornstein on behalf of Optionshouse, LLC, Peak6 Investments, L.P. (Bornstein, Scott) (Entered: 11/09/2012) |
| 11/21/2012 | ï 15 | ANSWER to 1 COMPLAINT with Jury Demand ( Discovery ends on 8/19/2013.), COUNTERCLAIM against JOAO Bock Transaction Systems, LLC with Jury Demand by Optionshouse, LLC.(Trigg, Mark) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 11/21/2012) |
| 11/21/2012 | ï 16 | MOTION to Transfer Case to Northern District of Illinois with Brief In Support by Optionshouse, LLC. (Attachments: # 1 Brief In Support, # 2 Affidavit George Ruhana)(Trigg, Mark) (Entered: 11/21/2012) |

| | | | |
|---|---|---|---|
| 11/21/2012 | 17 | | MOTION to Dismiss with Brief In Support by Optionshouse, LLC. (Attachments: #1 Brief In Support)(Trigg, Mark) (Entered: 11/21/2012) |
| 11/21/2012 | 18 | | Certificate of Interested Persons and Corporate Disclosure Statement by Optionshouse, LLC identifying Corporate Parent Peak6 Investments, L.P. for Optionshouse, LLC. (Trigg, Mark) (Entered: 11/21/2012) |
| 11/21/2012 | 19 | | MOTION to Dismiss with Brief In Support by Peak6 Investments, L.P.. (Attachments: #1 Brief In Support, #2 Affidavit Jay Coppoletta)(Trigg, Mark) (Entered: 11/21/2012) |
| 11/21/2012 | 20 | | Certificate of Interested Persons by Peak6 Investments, L.P.. (Trigg, Mark) (Entered: 11/21/2012) |
| 11/30/2012 | 21 | | NOTICE of Change of Address for Jonathan Robert Miller, counsel for JOAO Bock Transaction Systems, LLC (Miller, Jonathan) (Entered: 11/30/2012) |
| 12/10/2012 | 22 | | RESPONSE in Opposition re 17 MOTION to Dismiss *Indirect Claims* filed by JOAO Bock Transaction Systems, LLC. (Attachments: #1 Affidavit Declaration of Jonathan R. Miller, #2 Exhibit A – Court Opinion, #3 Text of Proposed Order to Deny Motion)(Miller, Jonathan) (Entered: 12/10/2012) |
| 12/10/2012 | 23 | | RESPONSE in Opposition re 19 MOTION to Dismiss *for Lack of Personal Jurisdiction* filed by JOAO Bock Transaction Systems, LLC. (Attachments: #1 Affidavit of Jonathan R. Miller, #2 Exhibit A, #3 Exhibit B, #4 Exhibit C, #5 Exhibit D, #6 Exhibit E, #7 Text of Proposed Order denying Motion)(Miller, Jonathan) (Entered: 12/10/2012) |
| 12/10/2012 | 24 | | RESPONSE in Opposition re 16 MOTION to Transfer Case to Northern District of Illinois filed by JOAO Bock Transaction Systems, LLC. (Attachments: #1 Text of Proposed Order denying Motion)(Miller, Jonathan) (Entered: 12/10/2012) |
| 12/11/2012 | | | Clerk's Notation re 18 and 20 Certificates of Interested Persons and Corporate Disclosure Statements – reviewed and approved by Judge Totenberg. (acm) (Entered: 12/11/2012) |
| 12/12/2012 | 25 | | ANSWER to 15 Counterclaim *from OptionsHouse* by JOAO Bock Transaction Systems, LLC.(Miller, Jonathan) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 12/12/2012) |
| 12/27/2012 | 26 | | AFFIDAVIT in Support re 19 MOTION to Dismiss *(Second Affidavit of Jay Coppoletta in Support of Motion of Defendant Peak6 Investments, LP to Dismiss for Lack of Personal Juridsdiction)* filed by Peak6 Investments, L.P.. (Trigg, Mark) (Entered: 12/27/2012) |
| 12/27/2012 | 27 | | REPLY BRIEF re 17 MOTION to Dismiss *(Reply of Defendant OptionsHouse, LLC in Support of Its Motion to Dismiss Plaintiffs Claims for Indirect Patent Infringement)* filed by Optionshouse, LLC. (Trigg, Mark) (Entered: 12/27/2012) |
| 12/27/2012 | 28 | | REPLY to Response to Motion re 16 MOTION to Transfer Case to Northern District of Illinois *(Reply of OptionsHouse, LLC in Support of Its Motion to Transfer Venue)* filed by Optionshouse, LLC. (Trigg, Mark) (Entered: 12/27/2012) |
| 12/27/2012 | 29 | | REPLY to Response to Motion re 19 MOTION to Dismiss *(Reply of Defendant Peak6 Investments, L.P. in Support of Its Motion to Dismiss for Lack of Personal Jurisdiction)* filed by Peak6 Investments, L.P.. (Trigg, Mark) (Entered: 12/27/2012) |
| 12/31/2012 | | | Submission of 19 MOTION to Dismiss , 17 MOTION to Dismiss , 16 MOTION to Transfer Case to Northern District of Illinois, submitted to District Judge Amy Totenberg. (hfm) (Entered: 12/31/2012) |
| 03/29/2013 | 30 | | ORDER granting 16 Motion to Transfer Case to the Northern District of Illinois; denying as moot 17 Motion to Dismiss; denying as moot 19 Motion to Dismiss. The Clerk is DIRECTED to close |

|            |    | the case. Signed by Judge Amy Totenberg on 3/29/13. (hfm) (Entered: 03/29/2013) |
| 03/29/2013 | Ï  | Case Electronically transferred to USDC Northern District of Illinois. (hfm) (Entered: 03/29/2013) |
| 03/29/2013 | Ï  | Civil Case Terminated. (hfm) (Entered: 03/29/2013) |
| 03/29/2013 | Ï 31 | AO Form 120 forwarded to Commissioner re 30 Order transferring action to USDC, Northern District of Illinois. (hfm) (Entered: 03/29/2013) |