

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**THOMAS G. BRUTON**
    **CLERK**      312-435-5698

April 01, 2013

In Re:

JOAO Bock Transaction Systems, LLC v. Optionshouse, LLC et al

USDC for the Northern District of Illinois Case No: **13 CV 2394**

This is to advise the parties that the above titled case has been electronically transferred to the Northern District of Illinois from the Northern District of Georgia (1:12cv02859). The case has been assigned number 13 CV 2394 to the Honorable Pallmeyer.

The purpose of this letter is to inform you that the Local Rule 83.15 of this Court require that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court.

For further information, you may visit our website address at: www.ilnd.uscourts.gov for the United States District Court, Northern District of Illinois, Eastern Division.

    Sincerely yours,
    Thomas G. Bruton, Clerk

    By:   /s/ Lakisha C. Williams
           Deputy Clerk