Order Form (01/2005)

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 13 C 2394 | **DATE** | 5/1/2013 |
| **CASE TITLE** | JOAO Bock Transaction Systems, LLC vs. Optionshouse, LLC, et al | | |

**DOCKET ENTRY TEXT**

Motions for leave to appear *pro hac vice* [37, 38] are granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|