UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
Eastern Division

Joao Bock Transaction Systems, LLC
                                    Plaintiff,
v.                                                    Case No.: 1:13−cv−02394
                                                      Honorable Rebecca R. Pallmeyer
Optionshouse, LLC, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 10, 2013:

    MINUTE entry before Honorable Rebecca R. Pallmeyer: Status hearing set for
5/14/2013 stricken. The parties are directed to appear through lead counsel for a pretrial
conference pursuant to Fed. R. Civ. P. 16. on 5/14/2013 at 9:00 AM. Counsel are
requested promptly to meet face−to−face for a discussion of possible settlement and for
preparation of a planning report. The form is accessible from the court's Internet site,
www.ilnd.uscourts.gov. Such report shall be submitted to Judge Pallmeyer in chambers no
later than two business days prior to the conference. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.