# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer RRP | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 13 C 2394 | **DATE** | 5/14/2013 |
| **CASE TITLE** | Joao Bock Transaction Systems, LLC vs. Optionshouse, LLC, et al | | |

**DOCKET ENTRY TEXT**

Rule 16 conference held on 5/14/2013. Proposed Schedule entered. Status hearing set for 9/4/2013 at 9:00 AM. (For further details see minute order.)

■[ For further details see text below.]  Notices mailed by Judicial staff.

00:11

## STATEMENT

Plaintiff shall provide Initial identification of each claim being asserted against each Defendant by 6/27/2013.
Initial Disclosures of All Parties and Commencement of Fact Discovery (LPR 2.1, 1.3) by 6/27/2013.
Initial Infringement Contentions (LPR 2.2) due by 7/11/2013.
Initial Non-Infringement, Unenforceability and Invalidity Contentions (LPR 2.3) due 8/26/2013.
Initial Response to Invalidity Contentions (LPR 2.5) due 9/23/2013.
Final Infringement, Unenforceability and Invalidity Contentions (LPR 3.1) due 12/6/2013.
Final Non-Infringement, Enforceability and Validity Contentions (LPR 3.2) due 1/17/2014.
Last day for parties to seek leave to add new parties or amendments to their pleadings 1/24/2014.
Exchange of Claim Terms Needing Construction and Proposed Construction (LPR 4.1(a)) by 1/30/2014.
Parties shall meet and confer to discuss and agree to the terms or phrases to submit to the Court for construction (LPR 4.1(b)) by 2/6/2014.
Opening Claim Construction Brief (LPR 4.2(a)); File Joint Appendix per LPR 4.2(b). by 3/14/2014.
Responsive Claim Construction Brief (LPR 4.2(c)) by 4/11/2014.
Reply Claim Construction Brief (LPR 4.2(d)) by 4/24/2014.
Joint Claim Construction Chart and Joint Status Report (LPR 4.2(t)(1) and (2)) by 5/5/2014.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|