# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Joao Bock Transaction Systems, LLC
                                    Plaintiff,

v.                                  Case No.: 1:13−cv−02394
                                    Honorable Rebecca R. Pallmeyer

Optionshouse, LLC, et al.
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 27, 2013:

    MINUTE entry before Honorable Rebecca R. Pallmeyer: On the court's own motion, status hearing set for 9/4/2013 is stricken and re−set to 9/9/2013 at 9:00 AM. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.