# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOAO BOCK TRANSACTION SYSTEMS, LLC, | Case No.1:13-cv-02394 |
| Plaintiff, | Judge Rebecca R. Pallmeyer |
| v. | |
| OPTIONSHOUSE, LCC, and PEAK6 INVESTMENTS LP, | |
| Defendants. | |

## JOINT MOTION TO CONTINUE
## THE SEPTEMBER 9, 2013, STATUS HEARING

Plaintiff JOAO Bock Transaction Systems, LLC ("Plaintiff") and Defendants Optionshouse, LCC and PEAK6 Investments LP ("Defendants"), by their undersigned attorneys, respectfully jointly move, pursuant to Fed.R.Civ.P. 16 and the Court's inherent power to control its docket, to continue the September 9, 2013, Status Hearing to a date in November, 2013.

In support hereof, the parties rely upon all matters of record to date and further state:

1. This is an action for patent infringement under 35 U.S.C. §§ 271 and 281, as a result of alleged infringement by Defendants.

2. On March 29, 2013, this action was transferred from the Northern District of Georgia. (*See* Dkt. Nos. 30-33.)

3. On May 13, 2013, the parties submitted their Joint Rule 26(f) Report and Joint Proposed Scheduling Order. (*See* Dkt. No. 43.) A Rule 16 Conference was held on May 14, 2013, and the Court entered its Scheduling Order on that date. (*See* Dk. No. 46.) Currently, a status hearing is set for September 9, 2013. (*See* Dkt. No. 48.)

4. Since the Rule 16 Conference, the parties have diligently complied with the disclosures required by the Court's Scheduling Order and the Local Patent Rules. For example, Plaintiff served its Initial Infringement Contentions on July 11, 2013, and Defendants served their Initial Non-Infringement, Unenforceability and Invalidity Contentions on August 26, 2013. (*See* Dkt. No. 46.) Plaintiff's Response to Defendants' Invalidity Contentions are due to be served by September 23, 2013.

5. The parties are propounding and responding to discovery and there are no discovery disputes.

6. The parties have also been involved in settlement discussions and have made progress in those discussions.

7. In light of the early posture of this case, the progress the parties have made in the case and the lack of any discovery disputes, and in a desire to avoid further litigation costs and conserve judicial resources, the parties respectfully request that the Court grant the parties' joint motion to continue the September 9, 2013, Status Hearing to a date in November, 2013. This will enable the parties to continue their good faith litigation of this matter.

8. In light of the foregoing, and in a desire to promote the efficient management of this case and to conserve judicial and party resources, the parties respectfully request that the Court grant their joint motion.

9. This request is made in the interests of justice and not for the purposes of delay.

WHEREFORE, Plaintiff and Defendants respectfully request that this Court grant their request to continue the September 9, 2013, Status Hearing to a date in November, 2013.

Dated: September 4, 2013                    Respectfully submitted,

*/s/ Mark R. Miller*

Mark R. Miller
**WEXLER WALLACE LLP**
55 W. Monroe Street
# 3300
Chicago, Illinois 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
Email: mrm@wexlerwallace.com

Steven W. Ritcheson (*pro hac vice*)
**HENINGER GARRISON DAVIS, LLC**
9800 D Topanga Canyon Blvd. #347
Chatsworth, California 91311
Telephone: (818) 882-1030
Facsimile: (818) 337-0383
Email: switcheson@hgdlawfirm.com
*Attorneys for Plaintiff*
*Joao Bock Transaction Systems, LLC*


*/s/James J. Lukas, Jr.*

James J. Lukas, Jr.
lukasj@gtlaw.com
**GREENBERG TRAURIG, LLP**
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435

Scott J. Bornstein (*pro hac vice*)
bornsteins@gtlaw.com
Allan A. Kassenoff (*pro hac vice*)
kassenoffa@gtlaw.com
**GREENBERG TRAURIG, LLP**
MetLife Building
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-2172
Facsimile: (212) 224-6146
*Attorneys for Defendants and Counterclaim-Plaintiffs*
*Optionshouse, LLC, and Peak6 Investments*