UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOAO BOCK TRANSACTION SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> OPTIONSHOUSE, LCC, and PEAK6 INVESTMENTS LP, <br><br> Defendants. | Case No.1:13-cv-02394 <br><br> Judge Rebecca R. Pallmeyer |

**NOTICE OF JOINT MOTION
TO CONTINUE THE SEPTEMBER 9, 2013, STATUS HEARING**

TO:    Counsel of Record

PLEASE TAKE NOTICE that on Tuesday **September 10, 2013 at 8:45 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Rebecca R. Pallmeyer, or any Judge then sitting in her stead in Courtroom Number 2119 in the United States District Courthouse, 219 S. Dearborn Street, Chicago, Illinois 60604 and present the parties' **JOINT MOTION TO CONTINUE THE SEPTEMBER 9, 2013, STATUS HEARING**, a copy of which is attached hereto and herewith served upon you.

Dated:   September 4, 2013

Respectfully submitted,

*/s/ James J. Lukas, Jr.*
*Attorneys for Defendants Optionshouse, LCC and PEAK6 Investments LP*

James J. Lukas, Jr.
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
(312) 456-8400

**CERTIFICATE OF SERVICE**

  I, James J. Lukas, Jr., an attorney, certify that on September 4, 2013, a true and correct copy of **JOINT MOTION TO CONTINUE THE SEPTEMBER 9, 2013, STATUS HEARING** and this Notice of Motion was served on counsel of record electronically through the Northern District of Illinois CM/ECF electronic filing system.

             */s/ James J. Lukas, Jr.*
             James J. Lukas, Jr.