**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Joao Bock Transaction Systems, LLC

                              Plaintiff,

v.                                         Case No.: 1:13−cv−02394
                                                  Honorable Rebecca R. Pallmeyer

Optionshouse, LLC, et al.

                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Monday, September 9,2013:

      MINUTE entry before Honorable Rebecca R. Pallmeyer: Joint motion to continue the September 9, 2013 status hearing [49] granted. Status hearing set for 9/9/2013 is stricken and re−set to 11/12/2013 at 9:00 AM. Mailed notice(etv, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.